| Date | Pleading Number | |
|---|---|---|
| 2/23/72 | 1 | Motion of plaintiffs (CAMCO, INC., PERRY R. BASS, INC., and SID W. RICHARDSON) to consolidate two actions pending in (15,650 W.D.La.) and 4-1085 N.D. Texas) in the N.D. Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 3/3/72 | | ORDER - Setting A-1 and A-2 for hearing 3/24/72, New York, New York  Notified counsel |
| 3/6/72 | 2 | DEFENDANT PRODUCTION SPECIALTIES, INC, and GAS LIFT CO. response to motion (w/cert. of service) |
| 3/10/72 | 3 | DEFENDANT Teledyne, Inc. and Teledyne Merla response to motion (w/cert. of service) |
| 3/20/72 | 4 | DEFENDANT Teledyne, Inc. and Teledyne Merla motion for consolidation to two action W.D. La., 15,650 and N.D. Tex., 4-1085) |
| 3/23/72 | 5. | DEFENDANTS TELEDYNE, INC., & TELEDYNE MERLA., PRODUCTION SPECIALTIES, INC. AND GAS LIFT SUPPLY, INC. for postponement of 3/24/72 hearing. |
| 6/21/72 | | CONSENT OF CHIEF JUDGE ESTES FOR JUDGE BREWER TO HANDLE LITIGATION IN THE N.D. TEXAS |
| | | OPINION AND ORDER transferring the W.D. La. Action to the N.D. Texas and assigning to Judge Leo Brewster pursuant to 28 U.S.C. §1407 |
| 9/5/75 | | SUGGESTION OF REMAND -- Leo Brewster Ltr. of Aug. 25, 1975. |
| 9/5/75 | | CAMCO, INC. ET AL. V. PRODUCTION SPECIALTIES, INC. N.D.TEX., CA-4-2032 |
| | | CONDITIONAL REMAND ORDER filed today. Notified counsel, involved judge |
| 9/23/75 | | CAMCO, INC. ET AL. V. PRODUCTION SPECIALTIES, INC., N.D.TEX, CA-4=2032 CONDITIONAL REMAND ORDER FINAL TODAY. Notified clerks, involved judges |

## Description of Litigation

### IN RE CAMCO PATENT INFRINGEMENT LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) **3/24/72**

Date(s) of Opinion(s) or Order(s) **6/21/72 343 F.Supp. 1406**

Consolidation Ordered **✓**   Name of Transferee Judge **Leo Brewster**

Consolidation Denied ___   Transferee District **N.D. Texas (539)**

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Camco, Inc., et al. v. Production Specialties, Inc., et al. | W.D. La. PUTNAM | 15,620 (Laf) | 6/21/72 | 2A-4-2052 | Remand 9/23/75 | Verified docket no. close May 1975 |
| A-2 | Camco Inc., et al. v. Teledyne, Inc., et al. | N.D. Tex. BREWSTER | 4-1805 (Ft. Worth) |  | 2A-4-180 | 9/3/74 |  |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 101 -- IN RE CAMCO PATENT INFRINGEMENT LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1<br>A-2 | W. Brown Morton, Jr., Esquire<br>Morton, Bernard, Brown, Roberts<br>   & Sutherland<br>1054 Thirty-first St., N.W.<br>Washington, D. C.  20007<br><br>R. Daniel Settle, Esquire<br>Cantey, Hanger, Gooch, Cravens<br>   & Munn<br>1800 First National Bank Building<br>Dallas, Texas  76102<br><br>Joseph Onebane, Esquire<br>Davidson, Meaux, Onebane & Donohoe<br>201 West Main Street<br>Lafayette, Louisiana<br><br>H. Lee Leonard, Esquire<br>Voorhies, Labbe, Fontenot, Leonard<br>   & McGlasson<br>718 Buchanan Street<br>Lafayette, Louisiana  70501 | James W. Bean, Esquire<br>Bean and Rush<br>1005 Lafayette Street<br>Lafayette, Louisiana  70501<br><br>Jack W. Hayden, Esquire<br>Suite 1113   (*)<br>500 Jefferson Boulevard<br>Houston, Texas  77002<br><br>M. Harvey Gay, Esquire<br>Vinson, Elkins, Searls & Smith  (**)<br>First City National Bank Bldg.<br>Houston, Texas  77002<br><br>Otis Engineering Corp.<br>Post Office Box 14416<br>Dallas, Texas  75234<br><br><br>(*)  Counsel for Production Specialties,<br>               Inc.<br>        Gas Lift Supply, Inc.<br><br>(**)Counsel for Teledyne, Inc.<br>        Teledyne Merla (A Divi-<br>          sion of Teledyne, Inc.) |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 101 -- In re Camco Patent Infringement Litigation

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Production Specialties, Inc. | A-1 |
| Gas Lift Supply Inc. | A-1 |
| ~~Recon Industries,~~ Inc. | A-1 |
| Teledyne, Inc. | A-2 |
| Teledyne Merla (A division of Teledyne, Inc.) | A-2 |
| | |
| | |
| | |
| | |
| | |